1  Thiago Coelho, SBN 324715
   thiago@wilshirelawfirm.com
2  Jasmine Behroozan, SBN 325761
3  jasmine@wilshirelawfirm.com
   **WILSHIRE LAW FIRM**
4  3055 Wilshire Blvd., 12th Floor
5  Los Angeles, California 90010
   Telephone: (213) 381-9988
6  Facsimile: (213) 381-9989
7
8  *Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH YOUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AXH HOLDINGS, INC. d/b/a LILYFUL, a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-0290-TWR-JLB<br><br>CLASS ACTION<br><br>Hon. Judge Todd W. Robinson<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed: February 17, 2021<br>Trial Date: Not Set |

NOTICE OF SETTLEMENT

1  Plaintiff Sarah Young ("Plaintiff") hereby notifies the Court that the claims
2  of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice
3  as to Plaintiff's individual claims and without prejudice as to the putative class will
4  be filed upon execution of a formal settlement agreement in accordance with
5  Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff reserves the right to reopen
6  within thirty (30) days if a settlement is not finalized.

8  Dated: August 17, 2021            Respectfully Submitted,

10                        */s/ Thiago M. Coelho*
11                        Thiago M. Coelho
                          **WILSHIRE LAW FIRM**
12                        *Attorneys for Plaintiff and*
                          *Proposed Class*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

1
NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 17, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: August 17, 2021            */s/ Thiago M. Coelho*
                                  Thiago M. Coelho