Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH YOUNG, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br>  v.<br><br>AXH HOLDINGS, INC. d/b/a LILYFUL, a California corporation; and DOES 1 to 10, inclusive,<br><br>  Defendants. | Case No.: 3:21-cv-0290-TWR-JLB<br><br>CLASS ACTION<br><br>Honorable Judge Todd W. Robinson<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: February 17, 2021<br>Trial Date:   None Set |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sarah
2  Young request that this Court enter a dismissal with prejudice as to Plaintiff's
3  individual claims in their entirety and without prejudice as to the claims of absent
4  putative class members in the above-entitled action. Each party shall bear his or its
5  own fees and costs.

7  Dated: October 1, 2021                **WILSHIRE LAW FIRM, PLC**

               */s/ Thiago M. Coelho*
               Thiago M. Coelho
               Jasmine Behroozan
               *Attorneys for Plaintiff and*
               *Proposed Class*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

2
**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**